CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Motion of plaintiffs for leave to appeal to the Court of Appeals denied. Motion of Attorney-General for leave to intervene also denied, without prejudice to such a motion being made to the Court of Appeals, if the Court of Appeals shall grant to plaintiffs the right to appeal. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JOHN FARRELL and Others, Appellants, v. (JENNIE M. BRADY) MARY E. T. DUNN and Another, as Executrices, etc., of JOHN J. BRADY, Deceased, Respondents.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ADOLPH HABICH, Appellant, v. RICHARD H. SMITH, Respondent.— Motion to dismiss appeal denied upon condition that plaintiff pay twenty dollars costs within ten days. If such costs are not so paid, the motion is granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Petition of LOUISE J. HARTWIG, to Render and Settle Her Account as Administratrix, etc., of HENRY HAMM, Deceased.— Motion denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of THE INTERNATIONAL COMMITTEE OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS and Others, Respondents, for an Order Directing DAVID W. HARKNESS and Another, Respondents, and ALBERT FRANCIS HAGAR, Appellant, as Surviving Executors of JULIA LORILLARD BUTTERFIELD, Deceased, etc., to Pay Part of a Residuary Legacy, etc.— Motion to dismiss appeal denied on condition that the executor do, on or before the 15th day of June, 1919, pay fifty per cent of the amount required by the decree of the Surrogate's Court of Putnam county of September 4, 1918. If such payment be not made, the respondents may file an affidavit to that effect at a session of this court which will be held on June 17, 1919, and the appeal will then be dismissed, with costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JOHN THATCHER & SON, INC., Plaintiff, v. NEW AMSTERDAM CASUALTY COMPANY, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

TONY MARTINI, Respondent, v. BERTHA QUARITIUS, Appellant.— Motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

MARY McLAUGHLIN, as Guardian ad Litem, etc., Respondent, v. MAX KORNBLUM, Appellant.— Motion denied upon condition that appellant serve and file his brief within ten days, and pay to the plaintiff ten dollars costs of this motion; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

FRANK C. MOENIG, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Motion of plaintiff for leave to appeal to the Court of Appeals denied. Motion of Attorney-General for leave to intervene also denied, without prejudice to such a motion being made to the Court of Appeals, if the Court of Appeals shall grant to plaintiff the right to appeal. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.